HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar # #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700/Fax (916) 498-5700
Rachelle_barbour@fd.org

Attorney for Defendant
NATHANIEL DETOMASI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL DETOMASI,<br><br>Defendant. | Case No. 6:17-po-0437 JDP<br><br>**STIPULATION AND ORDER VACATING REVIEW HEARING, TERMINATING PROBATION, AND DISMISSING OFFENSE WITHOUT ENTRY OF JUDGMENT** |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Nathaniel Detomasi, by and through his Assistant Federal Defender Rachelle Barbour, that the Court may vacate the review hearing set for August 13 2019. Mr. Detomasi requests that the Court terminate the term of probation, and the Government does not oppose. Mr. Detomasi has paid his fine in the amount of $250.00 and has obeyed all laws. The parties stipulate to withdrawal of the plea and dismissal of the offense without entry of judgment.

                                               Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

Date: August 1, 2019                      */s/ Rachelle Barbour*
                                               RACHELLE BARBOUR
                                               Assistant Federal Defender
                                               Attorney for NATHANIEL DETOMASI

| | | |
|---|---|---|
| 1 | | McGREGOR SCOTT<br>United States Attorney |
| 2 | | |
| 3 | Dated: August 1, 2019 | /s/ *Rachelle Barbour for S. St.Vincent*<br>SUSAN ST. VINCENT |
| 4 | | Legal Officer |

**O R D E R**

The review hearing scheduled for August 13, 2019 is vacated. The court hereby terminates the term of probation. Mr. Detomasi's plea is hereby vacated, and the case is dismissed without entry of judgment.

IT IS SO ORDERED.

Dated: August 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE

3